UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:24-cv-00068-TLN-KJN

No. 2:24-cv-00070-TLN-KJN

No. 2:24-cv-00071-TLN-KJN

No. 2:24-cv-00072-TLN-KJN

No. 2:24-cv-00073-TLN-KJN

No. 2:24-cv-00074-TLN-KJN

No. 2:24-cv-00075-TLN-KJN

No. 2:24-cv-00076-TLN-KJN

No. 2:24-cv-00077-TLN-KJN

No. 2:24-cv-00078-TLN-KJN

**ORDER**

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

1. 13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the undersigned for review. (*Id.* at ECF No. 26.) If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed. (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, the complaints/petitions in Case Nos. 2:24-cv-00068, 2:24-cv-00070, 2:24-cv-00071, 2:24-cv-00072, 2:24-cv-00073, 2:24-cv-00074, 2:24-cv-00075, 2:24-cv-00076, 2:24-cv-00077 and 2:24-cv-00078 are hereby DISMISSED. The Clerk of the Court is directed to close these cases. No further filings will be accepted.

IT IS SO ORDERED.

Dated: February 05, 2024

Troy L. Nunley
United States District Judge

2